```
MILTON LEE SANDERS, JR        TOWER LOAN
1746 A BUNK NEWELL RD         ATTN: BANKRUPTCY
MERIDIAN, MS 39301            PO BOX 320001
                              FLOWOOD, MS 39232


THOMAS C. ROLLINS, JR.        TRANSAMERICA
THE ROLLINS LAW FIRM, PLLC    PO BOX 189
P.O. BOX 13767                CEDAR RAPIDS, IA 52499
JACKSON, MS 39236


1ST FRANKLIN FINANCIAL        TRIAD FINANCIAL SERV
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
135 E. TUGALO STREET          13901 SUTTON PARK DR S
, PO BOX 880                  SUITE 300
TOCCOA, GA 30577              JACKSONILLE, FL 32224


AMERICO FINANCIAL
PO BOX 801731
KANSAS CITY, MO 64180


AT&T
PO BOX 5087
CAROL STREAM, IL 60197-5087


CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604


MEPCO
10 S LASALLE ST
CHICAGO, IL 60603


SPEEDY CASH
1021 MS HWY 39N
MERIDIAN, MS 39301


TOTAL FINANCE, INC
PO BOX 146
MERIDIAN, MS 39301
```