**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR SOUTHERN DISTRICT OF MISSISSIPPI (Jackson-3 Divisional Office)**

| | |
|---|---|
| IN RE:   Milton Lee Sanders, Jr *aka* Milton Lee Sanders | CASE NO.  25-02803-KMS |
| DEBTOR | CHAPTER 13 |

## NOTICE OF APPEARANCE

Comes now SCOT P. GOLDSHOLL, an attorney authorized to practice in this Court, and files his notice of appearance on behalf of TRIAD FINANCIAL SERVICES, INC., pursuant to Rule 9010 (b), Federal Rules of Bankruptcy Procedure.  Please direct all future notices to which TRIAD FINANCIAL SERVICES, INC., is entitled to the address below.

Dated this 19th day of December, 2025.

| | |
|---|---|
| OF COUNSEL: | |
| PADGETT LAW GROUP | BY:   /s/ Scot P. Goldsholl |
| 415 North McKinley | SCOT P. GOLDSHOLL |
| Suite 1177 | MS Bar No. 8461 |
| Little Rock, Arkansas 72205 | Attorney for Creditor |
| 850-422-2520 | |
| Scot.Goldsholl@padgettlawgroup.com | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the attorneys of record for Debtor, Thomas Carl Rollins, Jr, trollins@therollinsfirm.com, the Trustee of record, David Rawlings, ecfnotices@rawlings13.net, and U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, electronically through the Court's electronic filing system.

Dated this 19th day of December, 2025.

/s/ Scot P. Goldsholl
SCOT P. GOLDSHOLL
MS Bar No. 8461