United States Bankruptcy Court
Southern District of Mississippi

| In re: | Case No. 25-02803-KMS |
|---|---|
| Milton Lee Sanders, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2025 | Form ID: n031 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milton Lee Sanders, Jr, 1746 A Bunk Newell Rd, Meridian, MS 39301-8432 |
| 5585141 | + | Americo Financial, PO Box 801731, Kansas City, MO 64180-1731 |
| 5585144 | + | Mepco, 10 S LaSalle St, Chicago, IL 60603-1068 |
| 5585146 | + | Total Finance, Inc, PO Box 146, Meridian, MS 39302-0146 |
| 5585148 | + | Transamerica, PO Box 189, Cedar Rapids, IA 52406-0189 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5585140 | + | Email/Text: bankruptcy@1ffc.com | Dec 22 2025 19:31:00 | 1st Franklin Financial, Attn: Bankruptcy, 135 E. Tugalo Street, Po Box 880, Toccoa, GA 30577-0880 |
| 5587791 | + | Email/Text: bankruptcy@1ffc.com | Dec 22 2025 19:31:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5585142 | | Email/Text: g17768@att.com | Dec 22 2025 19:31:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5585143 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Dec 22 2025 19:31:00 | CashNet USA, 175 W. Jackson Blvd Suite 600, Chicago, IL 60604-2948 |
| 5586221 | + | Email/Text: bkinfo@ccfi.com | Dec 22 2025 19:31:00 | Concord Finance, Inc., 2312 E TRINITY MILLS RD STE 100, CARROLLTON TX 75006-1955 |
| 5585145 | + | Email/Text: bkinfo@ccfi.com | Dec 22 2025 19:31:00 | Speedy Cash, 1021 Ms Hwy 39N, Meridian, MS 39301-4546 |
| 5585147 | | Email/Text: bankruptcy@towerloan.com | Dec 22 2025 19:31:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5585149 | ^ | MEBN | Dec 22 2025 19:26:35 | Triad Financial Serv, Attn: Bankruptcy, 13901 Sutton Park Dr S, Suite 300, Jacksonville, FL 32224-0230 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Triad Financial Services, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Dec 22, 2025 | Form ID: n031 | Total Noticed: 13 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Scot P. Goldsholl | on behalf of Creditor Triad Financial Services  Inc. scot.goldsholl@padgettlawgroup.com, MLGBK@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Milton Lee Sanders  Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02803−KMS
**Chapter:** 13

**In re:**

Milton Lee Sanders Jr
aka Milton Lee Sanders
1746 A Bunk Newell Rd
Meridian, MS 39301

### Notice of Entry of Order Confirming Plan

The Court entered an Order on December 22, 2025 (Dkt. # 16 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: December 22, 2025

Danny L. Miller, Clerk of Court