**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Milton Lee Sanders, Jr, Debtor             CASE NO. 25-02803-KMS
                                                                                                                       **CHAPTER 13**

**OBJECTON TO NOTICE OF POST-PETITION MORTGAGE FEES,**
**EXPENSES, AND CHARGES**

COMES NOW Debtor, by and through counsel, and file this Objection to Notice of Post-Petition Fees, Expenses, and Charges and would show onto the Court:

1. Triad Financial Services ("Mortgage Company") filed its Notice of Post-Petition Fees, Expenses, and Charges on or about February 9, 2026 in the amount of $500.00 for attorney fees.
2. That said amounts are excessive.
3. That, the total fees requested should be reduced to $350.00.

Wherefore, Premises considered, Debtor prays that this Objection be received and filed, and this Honorable Court will enter its Order sustaining Debtor's Objection, and for such other, further and general relief to which the Debtor's may be entitled.

THIS the 10th day of February, 2026.

                                                    Respectfully submitted,
                                                    Milton Lee Sanders, Jr

                                             By: /s/ Thomas C. Rollins, Jr.
                                                       Thomas C. Rollins, Jr.
                                                       Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Objection was forwarded on this 10th day of February 2026 to:

By first class mail, postage pre-paid:

    Triad Financial Services
    13901 Sutton Park Dr. S, Ste 300
    Jacksonville, FL 32242

    Triad Financial Services
    c/o Padgett Law Group
    6267 Old Water Oak Rd, Ste 203
    Tallahassee, FL 32312

By Electronic CM/ECF Notice:

    Case Trustee

    US Trustee

                                          /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr.