IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Milton Lee Sanders, Jr, Debtor                              CASE NO. 25-02803-KMS
                                                                                                      CHAPTER 13

### ORDER

THIS CAUSE having come on this date on the Debtor's Objection Notice of Post-Petition Fees, Expenses, and Charges (dk # _____), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Notice of Post-Petition Fees, Expenses, and Charges is granted, and further, the fees shall be reduced to $350.00.

###END OF ORDER ###

Prepared by:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533