United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-02803-KMS |
| Milton Lee Sanders, Jr | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Feb 10, 2026 | Form ID: hn001kms | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milton Lee Sanders, Jr, 1746 A Bunk Newell Rd, Meridian, MS 39301-8432 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: bkecf@padgettlawgroup.com | Feb 10 2026 19:26:00 | Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 5585149 | ^ MEBN | Feb 10 2026 19:21:50 | Triad Financial Serv, Attn: Bankruptcy, 13901 Sutton Park Dr S, Suite 300, Jacksonille, FL 32224-0230 |
| 5611144 | ^ MEBN | Feb 10 2026 19:21:49 | Triad Financial Services, 13901 Sutton Park Dr., South Suite 300, Jacksonville, FL 32224-0230 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Feb 12, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | |

District/off: 0538-3     User: mssbad     Page 2 of 2
Date Rcvd: Feb 10, 2026     Form ID: hn001kms     Total Noticed: 4

ecfnotices@rawlings13.net sduncan@rawlings13.net

Scot P. Goldsholl

on behalf of Creditor Triad Financial Services Inc. scot.goldsholl@padgettlawgroup.com, MLGBK@ecf.courtdrive.com

Thomas Carl Rollins, Jr

on behalf of Debtor Milton Lee Sanders Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form hn001kms (Rev. 12/25)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

   Milton Lee Sanders Jr                     CASE NO. 25−02803−KMS

      DEBTOR.                              CHAPTER 13

**NOTICE OF HEARING**

    Triad Financial Services has filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (the "Notice") (Dkt. #21) with the Court in the above−styled case.

    **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on February 26, 2026, at 10:30 AM in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi, to consider and act upon the Notice and the Objection filed by the Debtor (Dkt. #23).

    If you filed a response, you or your attorney are required to attend the hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The hearing will be electronically recorded by the Court.

Dated: 2/10/26                                Danny L. Miller, Clerk of Court
                                                         U.S. Bankruptcy Court
                                                          Thad Cochran U.S. Courthouse
                                                          501 E. Court Street
                                                          Suite 2.300
                                                          Jackson, MS 39201
                                                          601−608−4600

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

Milton Lee Sanders, Jr., Debtor

Thomas Carl Rollins, Jr., Esq.

David Rawlings, Trustee

Triad Financial Services, Creditor

Padgett Law Group