Certificate Number: 17082-MSS-DE-040616739

Bankruptcy Case Number: 25-02803



17082-MSS-DE-040616739

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2026, at 6:23 o'clock AM MST, MILTON L SANDERS Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: February 13, 2026         By:    /s/Orsolya K Lazar

                                Name:  Orsolya K Lazar

                                Title: Executive Director