# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02803     **Case Name:** Milton Lee Sanders, Jr

**Set:** 02/26/2026 10:30 am     **Chapter:** 13     **Type:** bk     **Judge** Katharine M. Samson

**matter** Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 5) with Certificate of Service Filed by Creditor Triad Financial Services.  (Dkt. #21)

Objection filed by the Debtor (Dkt. #23)

---

Minute Entry Re: (related document(s): [21] Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Triad Financial Services, [23]Objection by Debtor) Appearance: Jennifer Calvillo. Objection is sustained. $350 will be allowed. Calvillo will submit order. Order due by 03/12/2026. (cwe)