

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 3, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Milton Lee Sanders, Jr, Debtor            CASE NO. 25-02803-KMS
                                                  CHAPTER 13

### ORDER

THIS CAUSE having come before the Court on the Debtor's Objection to Notice of Post-Petition Fees, Expenses, and Charges (dk # 23), the Court having reviewed and considered the facts herein, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Notice of Post-Petition Fees, Expenses, and Charges is sustained, and further, the fees on the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on 2/9/2026 shall be reduced to $350.00.

###END OF ORDER ###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533