**Fill in this information to identify the case:**

Debtor 1 Milton Lee Sanders, Jr aka Milton Lee Sanders

Debtor 2

United States Bankruptcy Court for the: Southern District of Mississippi

Case number : 25-02803-KMS

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1

**Name of creditor:** Triad Financial Services

**Court claim no.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account: 2706

**Date of payment change:** Must be at least 21 days after date of this notice: 12/01/2026

**New total payment:** Principal, interest, and escrow, if any *For HELOC payment amounts, see Part 3*: $1,111.41

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

[ ] No

[X] Yes Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $171.82 **New escrow payment:** $446.35

## Part 2: Mortgage Payment Amount

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[X] No

[ ] Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** % **New interest rate:** %

**Current principal and interest payment:** $ **New principal and interest payment:** $

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

[X]No

[ ]Yes

**Current HELOC payment:** $______

**Reconciliation amount:** +$______ or - $______

Debtor 1 Milton Lee Sanders, Jr aka Milton Lee Sanders — Case Number *(if known)* 25-02803-KMS
First Name Middle Name Last Name

**Amount of next payment (including reconciliation amount)** $ ______
**Amount of the new payment thereafter (without reconciliation amount)** $ ______

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No

[ ] Yes **Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect).***

**Reason for change:** ________________

**Current mortgage payment:** **New mortgage payment:**

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Samantha San Jose Date 10/21/2026
Signature

Print: Samantha San Jose Title Authorized Agent for Creditor
First name Middle Name Last name

Company Padgett Law Group

Address 6267 Old Water Oak Road, Suite 203
Number Street

Tallahassee FL, 32312
City State Zip Code

Contact phone (850) 422-2520 Email: PLGinquiries@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION OF MISSISSIPPI DIVISION**

**In Re;**
**Milton Lee Sanders, Jr aka Milton Lee Sanders** **Case No.: 25-02803-KMS**

**Debtor(s)** **Chapter: 13**

**CERTIFICATE OF SERVICE**

I, hereby certify that on 10/22/2026, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

Service by U.S. First Class Mail

Debtor
Milton Lee Sanders, Jr
1746 A Bunk Newell Rd
Meridian, MS 39301
aka Milton Lee Sanders

By Electronic Mail

Attorney for Debtor
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Trustee
David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

US Trustee
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

/s/ Samantha San Jose
Samantha San Jose

[redacted]

TRIAD FINANCIAL SERVICES
AN ECN CAPITAL COMPANY

PO BOX 111029 Nashville, TN 37222-1029
**Return Service Only - Please do not send mail to this address**

## Annual Escrow Account Disclosure Statement

[redacted]

Analysis Date: 09/17/26

[redacted]

Borrower: MILTON LEE SANDERS JR

Return Service Requested

[redacted]
MILTON LEE SANDERS JR
1746 A BUNK NEWELL RD
MERIDIAN, MS 39301

**Escrow Department**
Toll Free: 877-426-8362

**Hours of Operation**
8:30 am to 5:00 pm EST

**Correspondence**
13901 Sutton Park Drive S., STE 300
Jacksonville, FL 32224

Each year Triad Financial Services reviews your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay property taxes and insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and details related to your account.

### 1. What is the amount of my new escrow payment starting December 01, 2026?

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $665.06 | $665.06 | $0.00 |
| Escrow | 171.82 | 252.74 | 80.92 |
| Shortage/Surplus | 0.00 | 193.61 | 193.61 |
| **Total Payment** | **836.88** | **1,111.41** | **274.53** |

### 2. What are the most common reasons that my escrow payment may change from year to year?

**A. Increases or Decreases in Amounts Billed –** The amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes or homeowner's insurance premiums. The information below compares the amounts Triad Financial Services expected to pay for each item this past year from your escrow account to the actual amounts that were paid or will be due.The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Anticipated Amounts Due | Actual Amounts Paid or Due | Difference |
|---|---|---|---|
| COUNTY TAX | $1,048.82 | $1,933.86 | $885.04 |
| HOMEOWNERS I | $1,013.00 | $1,099.00 | $86.00 |
| **Total Annual Escrow Payments** | **$2,061.82** | **$3,032.86** | **$971.04** |
| **Monthly Escrow Payments** | **$171.82** | **$252.74** | **$80.92** |

**B. Repayment of Escrow Shortage or Surplus** - According to the projections shown in Table 1 on the reverse side, your escrow account will fall below the minimum required balance of $505.48 in January. This means you have a ***shortage*** of $2,323.34 in your escrow account.

**Repay the Escrow Shortage Monthly –** The total shortage has been divided over 12 months and $193.61 will automatically be added to your monthly payment beginning December 01, 2026**.**

**MILTON LEE SANDERS JR** [redacted]

**NEW PAYMENT EFFECTIVE DATE: December 01, 2026**

## ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow surplus or shortage.

TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Total Balance | Minimum Required | Difference |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | $62.71 | | |
| 12/2026 | | 252.74 | 0.00 | 315.45 | 505.48 | -190.03 |
| 01/2027 | COUNTY TAX | 252.74 | 1,933.86 | -1,365.67 | 505.48 | -1,871.15 |
| 02/2027 | | 252.74 | 0.00 | -1,112.93 | 505.48 | -1,618.41 |
| 03/2027 | | 252.74 | 0.00 | -860.19 | 505.48 | -1,365.67 |
| 04/2027 | | 252.74 | 0.00 | -607.45 | 505.48 | -1,112.93 |
| 05/2027 | | 252.74 | 0.00 | -354.71 | 505.48 | -860.19 |
| 06/2027 | | 252.74 | 0.00 | -101.97 | 505.48 | -607.45 |
| 07/2027 | HOMEOWNERS I | 252.74 | 1,099.00 | -948.23 | 505.48 | -1,453.71 |
| 08/2027 | | 252.74 | 0.00 | -695.49 | 505.48 | -1,200.97 |
| 09/2027 | | 252.74 | 0.00 | -442.75 | 505.48 | -948.23 |
| 10/2027 | | 252.74 | 0.00 | -190.01 | 505.48 | -695.49 |
| 11/2027 | | 252.74 | 0.00 | 62.73 | 505.48 | -442.75 |
| **TOTAL** | | **$3,032.88** | **$3,032.86** | | | |

**Low Balance used to determine escrow surplus or shortage.

Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. A lower cushion may be required under state law. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter 'E' beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Projected Disbursements Estimate | Projected Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| **History** | Beginning Balance | | | | | $265.17 |
| 12/2025 | COUNTY TAX | 171.82 | 0.00 * | 0.00 | 1,933.86 * | -1,668.69 |
| 01/2026 | COUNTY TAX | 171.82 | 0.00 * | 524.41 | 0.00 * | -1,668.69 |
| 01/2026 | COUNTY TAX | 0.00 | 0.00 | 524.41 | 0.00 * | -1,668.69 |
| 02/2026 | | 171.82 | 156.73 * | 0.00 | 0.00 | -1,511.96 |
| 03/2026 | | 171.82 | 313.46 * | 0.00 | 0.00 | -1,198.50 |
| 04/2026 | | 171.82 | 0.00 * | 0.00 | 0.00 | -1,198.50 |
| 05/2026 | | 171.82 | 156.73 * | 0.00 | 0.00 | -1,041.77 |
| 06/2026 | | 171.82 | 313.46 * | 0.00 | 0.00 | -728.31 |
| 07/2026 | HOMEOWNERS I | 171.82 | 0.00 * | 1,013.00 | 1,099.00 * | -1,827.31 |
| 08/2026 | | 171.82 | 343.64 * | 0.00 | 0.00 | -1,483.67 |
| 09/2026 | | 171.82 | 1,202.74 E | 0.00 | 0.00 | -280.93 |
| 10/2026 | | 171.82 | 171.82 E | 0.00 | 0.00 | -109.11 |
| 11/2026 | | 171.82 | 171.82 E | 0.00 | 0.00 | 62.71 |
| **TOTAL** | | **$2,061.84** | **$2,830.40** | **$2,061.82** | **$3,032.86** | |

If you have questions about your escrow analysis statement please contact our Escrow Department at 877-426-8362.

If you have an active bankruptcy or have received a bankruptcy discharge, we are sending this for informational, legal, or compliance purposes only. We are not trying to collect against you personally. If you have questions about this communication or your obligation to pay, please contact your attorney.