UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>MILTON LEE SANDERS, JR | BANKRUPTCY CASE NO.<br>25-02803 KMS |

**ORDER INCREASING PLAN PAYMENT**

THIS MATTER CAME BEFORE THE COURT on Trustee's Motion to Increase Plan Payment (DK#35) and the Court finds that no response to the Motion was filed and that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the Plan payment be, and the same hereby is, increased to the sum of $1,373.77 per month beginning the month of December 04, 2026.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net